Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

_____ Division

RECEIUED CASHIER

CLERK'S OFFICE USDC PR

2026 JUN 26 PM 1:53

CARLOS ELIAS LUGO CINTRON

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 26-cv-1418(GMM)

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jay Acosta del Valle;  Gilbert Lebron Rodriguez;
Francisco Cabrera Andino, all in their individual and
official capacities; The Municipality of Bayamon

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ✔Yes  ☐No

RECEIPT # 124256
AMOUNT: $405.00

JUN 2 6 2026

CASHIER'S SIGNATURE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Carlos Elias Lugo Cintron |
| Address | Via 68 3pn2, Urb. Villa Fontana |

| | | |
|---|---|---|
| Carolina | PR | 00983 |
| *City* | *State* | *Zip Code* |

County
Telephone Number    (787)633-0575
E-Mail Address    lugocintroncarlose@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jay del Acosta del Valle |
| Job or Title *(if known)* | Bayamon Municipal Police |
| Address | P.O. Box 1588 |

| | | |
|---|---|---|
| Bayamon | PR | 00690 |
| *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Bayamon Municipality (Municipio de Bayamon) |
| Job or Title *(if known)* | |
| Address | P.O. Box 1588 |

| | | |
|---|---|---|
| Bayamon | PR | 00690 |
| *City* | *State* | *Zip Code* |

County
Telephone Number    787-780-5552
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Sgto. Gilbert Lebron Andino |
| Job or Title *(if known)* | Municipal Police of Bayamon |
| Address | P.O. Box 1588 |
| | Bayamon      PR      00690 |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Sgto. Francisco Cabrera Andino |
| Job or Title *(if known)* | Municipal Police of Bayamon |
| Address | P.O. Box 1588 |
| | Bayamon      PR      00690 |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Urb. Lomas Verdes, Garaje Mobil in the Municipality of Bayamon.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
On june 26 of 2025 around 1:00 A.M.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On June 26, 2026, at approximately 1:00 a.m., Plaintiff Carlos Elías Lugo Cintrón was present at the Mobil gas station located at the intersection of Avenida Nogal and Avenida Lomas Verdes, Bayamón, Puerto Rico.
Plaintiff was approached by members of the Bayamón Municipal Police, including Defendant Jay del Acosta del Valle, Sgto. Francisco Cabrera Andino and Sgto.Gilbert Lebron Rodriguez
Plaintiff alleges that Defendant Sgto. Francisco Cabrera Andino used excessive and objectively unreasonable force against him by striking him without legal justification.
Plaintiff further alleges that Defendant and Sgto.Gilbert Lebron Rodriguez, pointed a firearm directly at Plaintiff during the encounter, placing him in reasonable fear for his life. Plaintiff Jay Acosta did not turn on his bodycam and did no prevent the damage cuased by the other defendants
The force employed was excessive and unreasonable under the circumstances and constituted an unlawful seizure in violation of the Fourth Amendment.
Following the incident, the Bayamón Municipal Police conducted an administrative investigation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff sustained physical and emotional injuries. The full extent of said injuries will be established through medical records, expert testimony and discovery.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff respectfully requests that judgment be entered in his favor awarding:
A. Compensatory damages in an amount not less than $250,000.00.
B. Punitive damages against the individual defendants.
C. Attorney's fees pursuant to 42 U.S.C. §1988.
D. Costs, expenses, prejudgment and post-judgment interest.
E. Any additional relief this Honorable Court deems just and proper.
Plaintiff demands trial by jury on all issues so triable.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         June 26, 2026

Signature of Plaintiff

Printed Name of Plaintiff        CARLOS ELIAS LUGO CINTRON

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset